IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| LESLIE JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:23-CV-00237-BU |
| TDCJ (MIDDLETON UNIT), *et al.*, | § § § | |
| Defendants. | § § § § | |

**JUDGMENT**

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Leslie Johnson's Complaint, and all claims alleged therein, are DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to pay the filing fee and failure to comply with a court order.

ORDERED this 15th day of May 2024.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1